UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>SCOTT WILLIAMS, et al.,<br><br>    Defendant. | Criminal Action No. PX-18-0631 |

**PRETRIAL SCHEDULING ORDER**

For the reasons stated during the conference call held July 12, 2019, and with agreement of the parties, the Court issues the following pretrial deadlines:

| | |
|---|---|
| December 2, 2019 | Defendant to supplement/add motions to suppress and other pretrial motions |
| December 16, 2019 | Government's Omnibus Response |
| January 3, 2020 @ 10:00 a.m. | Motions Hearing |
| January 13, 2020 | Motions *in Limine* |
| January 20, 2020 | Responses to Motions in *Limine*; Joint Voir Dire, Jury Instructions and Verdict sheet to be filed electronically and submitted via email in Microsoft Word format to chambers: Mdd_pxchambers@mdd.uscourts.gov<br><br>(Government responsible for filing; Defendants to indicate proposed changes in redline format.)<br><br>Government to provide Jencks and Giglio to Defendant |
| February 3, 2020 @ 10:00 a.m. | Pre-trial Conference/Hearing on Motions *in Limine/*voir dire and jury instructions |
| February 10, 2020 | Jury Selection |
| February 11, 2020 | Trial begins. Expected length: 2 weeks (sitting on Mondays) |

Dated: July 23, 2019
                                                   /S/
                                          Paula Xinis
                                          United States District Judge