IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA         *

    Plaintiff

vs.                                          *        Case No. PX-18-0631

SCOTT WILLIAMS

    Defendant                                  *

## WITHDRAWAL OF SEVERAL MOTIONS

COMES NOW the defendant, by and through his counsel, and hereby represents unto this Honorable Court as follows:

1. The defense has filed a motion to suppress, a motion for severance, a motion in limine, and a motion for appropriate relief;
2. The Government has filed an omnibus response to those motions;
3. In that omnibus response, the government revealed two new allegations;
4. The aforesaid two new allegations are A) that the alleged victim's DNA matched the DNA of blood found upon a handgun seized from the residence alleged to be that of the defendant; and B) the "Individual 1" who allegedly shipped marijuana to the alleged victim has identified his labels on the packaging of the marijuana found in the defendant's alleged residence;
5. That the new allegations were revealed only after the filing of the superseding indictment is of no moment, as the evidence supporting those two new allegations would have been irrelevant, and inadmissible as other crimes evidence, at the trial of the original indictment;
6. Either of those two new allegations, if true, would vitiate the defense motion to sever and the motion in limine;
7. Based upon the Government's representations regarding those two new allegations, the defense hereby **withdraws** the defense **motion to sever and the motion in limine**;
8. The defense reserves the right to move for a mistrial in the event both of those new allegations are not proven at trial, and in the event that no other evidence adduced at trial justifies the joinder of the murder count to the charges in the original indictment;
9. The withdrawal of the motion for severance paves the way for the Government to try before the same jury the murder and the original drug and gun possession cases;
10. The current trial date in February of 2020 would not provide the defense enough time to prepare for the new murder charge;

1

11. The defense therefore hereby **withdraws** its **objection** to the State's request that the February trial date be **continued**;

12. The Filing of the Government's response to the defense motion to suppress renders moot the **motion for appropriate relief**, which is also hereby **withdrawn**; and

13. Nothing in this pleading should be construed as a withdrawal of the defense motion to suppress, which the defense continues to wish to litigate.

By:     _____/s/_George Harper_____
George Harper
FBN 01781
924 E. Baltimore St., Suite 101
Baltimore, MD 21202
301-627-2700

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the aforegoing pleading was emailed to, and mailed by first class mail, postage prepaid, this 21st of January, 2020, unto Ray D. McKenzie Esq., Assistant United States Attorney, at 6500 Cherrywood Lane, Suite 200, Greenbelt, MD 20770.

_____/s/_____
George Harper