UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Criminal No.:  18-0631 |
| | : | |
| **SCOTT WILLIMAS** | : | |

**MOTION TO WITHDRAW AS COUNSEL AND
REQUEST FOR APPOINTMENT OF SUBSTITUTE COUNSEL**

Undersigned counsel respectfully moves this Court for permission to withdraw from further representation of Mr. Williams in the above captioned case and further requests that substitute counsel be appointed, and in support thereof states the following:

1. The Defendant, Scott Williams has been charged with Conspiracy to Distribute Controlled Substances in violation of 21 U.S.C. 846, Conspiracy to Interfere with Interstate Commerce by Robbery and Extortion in Violation of 18 U.S.C. 1951(a), Kidnapping resulting in Death in violation of 18 U.S.C. 1201, Possession, Use, Carry, Brandish a Firearm During and in Furtherance of a Crime of Violence in violation of 18 U.S.C 924(c), and Conspiracy to Destroy and Conceal Evidence in violation of 18 U.S.C. 1512(c)(1) and (k).

2. Mr. Williams was previously represented by the Office of the Federal Defender for the District of Maryland before the representation was terminated.  On or about, November 23, 2020, undersigned counsel was appointed along with attorney Kwasi Hawks as substitute counsel.

3. That it has been brought to counsel's attention that a conflict exists making further continued representation impossible.

4.     That CJA Coordinating Counsel, Maureen Essex, has been alerted of this issue and it is counsel's understanding that substitute counsel can be appointed.

WHEREFORE, for the reasons stated above Counsel requests that the Court grant this motion to withdraw and appoint substitute counsel.

Respectfully Submitted

_____/s/_____
Christopher J. Purpura
Bar Roll # 27327
Law Offices of Purpura & Purpura
8 E. Mulberry Street
Baltimore, Maryland 21202

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFIY that on this 11th day of October, 2021, a copy of the foregoing has be delivered to all parties via ECF.

_____/s/_____
Christopher J. Purpura