IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | 18-631-PX-1 |
| SCOTT WILLIAMS | * | |

## REQUEST for TEMPORARY RELEASE

The defendant, Scott Williams, through his undersigned counsel, hereby respectfully requests a furlough from pretrial detention to attend his father's funeral this Saturday.

### Background

During the Thanksgiving holiday period of this year, Mr. Scott Williams father, Carl Williams, who had struggled with cancer, passed away. His funeral will be from 12:00pm to 1:00pm on December 4, 2021 in Beltsville, MD. Mr. Williams is currently detained at the Chesapeake Detention Facility. The prosecution objects to the release of Mr. Williams due largely to the lack of a U.S. Marshals escort or other measures to ensure Mr. Williams attendance at and timely return from his father's funeral.

### Argument

Mr. Williams currently has a motion for release pending. The defense submits that Mr.

1

Williams can comply with conditions of release generally and so can comply with those conditions during the several hours he would be released to attend his father's funeral.

                Respectfully submitted,

                <u>/Signed</u>
                KWASI HAWKS
                District Bar #: 13902
                The Hawks Firm
                8705 Colesville Road, Suite 162
                Silver Spring, Maryland  20910
                Tel:  (310) 433-5577
                Email: kwasihawks@hotmail.com