## UNITED STATES DISTRICT COURT
### DISTRICT OF MARYLAND

UNITED STATES OF AMERICA,

v.

SCOTT ANTHONY WILLIAMS,
TAEYAN RAYMOND WILLIAMS,

    Defendants.

Criminal Action No. PX-18-0631

## PRETRIAL SCHEDULING ORDER

For the reasons stated on conference call held November 17, 2021, and with agreement of the parties, the Court issues the following pretrial deadlines:

| | |
|---|---|
| February 14, 2022 | Death-eligible count notification deadline—Government to advise whether it intends to seek the death penalty as to Taeyan Raymond Williams. |
| February 14, 2022 | Defendants to supplement/add motions to suppress and other pretrial motions |
| February 21, 2022 | Government's Omnibus Response |
| March 7 - 8, 2022 at 9:30 a.m. | Suppression Motions Hearing |
| September 26, 2022 | Motions *in Limine* due |
| October 10, 2022 | Responses to Motions in *Limine*; Joint Voir Dire, Jury Instructions and Verdict sheet to be filed electronically and submitted via email in Microsoft Word format to chambers: Mdd_pxchambers@mdd.uscourts.gov<br><br> (Government responsible for filing; Defendants to indicate proposed changes in redline format.)<br><br>Government to provide Jencks and Giglio to Defendants |
| October 24, 2022 at 9:30 a.m. | Pre-trial Conference/Hearing on Motions *in Limine/*voir dire and jury instructions |
| November 7, 2022 | Trial begins.  Expected length:  4 weeks |

(Monday – Friday)

Dated: January 19, 2022                          /S/
                                    Paula Xinis
                                    United States District Judge